DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CHARLES JAVONTE MCKNIGHT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2685
_____

January 28, 2026

Appeal from the Circuit Court for Pinellas County; James Federico, Judge.

Blair Allen, Public Defender, and Joe Caimano, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Angela H. Fernandez, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

KELLY, VILLANTI, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.